UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:22-cr-00183-CDS-NJK |
| Plaintiff | **Order Granting in Part Defendant's Motion for Transcripts and Docket Sheet** |
| v. | |
| Elante Sharrif Paden, | [ECF No. 34] |
| Defendant | |

On April 17, 2023, defendant Elante Paden plead guilty to one count of prohibited person in possession of a firearm. ECF No. 27. On July 24, 2023, Paden was sentenced to 57 months of imprisonment,[1] followed by three years of supervised release. J., ECF No. 32. Now, on January 30, 2025, Paden filed a motion requesting a copy of the transcript of his sentencing and a copy of the docket sheet in this action. Mot., ECF No. 34. In his short motion, Paden claims that he seeks these items because his attorney was disbarred, and he is trying to file an appeal. *Id.* Having reviewed the motion, it is hereby granted in part and denied in part. The court grants Paden's request for a copy of the docket sheet from this action. The court denies without prejudice however, his request for a copy of his sentencing transcript because Paden was sentenced approximately eighteen months ago—long past the time for filing an appeal. Paden has not given the court enough information to determine whether it may order that the transcript of his sentencing hearing be prepared and sent to him. Thus, without more detailed information as to why he needs the transcript, the court cannot provide a copy of the transcript at the government's expense.

---

[1] Under USSG § 5G1.3(b)(1), Paden was given credit for time served beginning July 8, 2022, for Case No. C-19-345113-1, *State of Nevada v. Elante Paden*, Eighth Judicial District Court, Clark County, Nevada. J., ECF No. 32 at 2.

Conclusion

It is hereby ordered that Paden's motion for transcripts and docket sheet **[ECF No. 34]** is granted in part and denied in part.

The Clerk of Court is kindly directed to send Paden a copy of the docket along with this order. The Clerk of Court is also kindly instructed to provide a copy of Paden's motion (ECF No. 34) and this order to the Federal Public Defender's Office as his previously assigned attorney is no longer there.

Dated: February 4, 2025

_____
Cristina D. Silva
United States District Judge